UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| STEPHEN RANGE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:07-CV-480 WCL-CAN |
| | ) | |
| DEVIN BRUBAKER et al | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

On January 28, 2008 , in accordance with N.D. Ind. L.R. 72.1(d) and 28 U.S.C. § 636(b)(1)(B) (Federal Magistrate's Act), the Honorable Christopher A. Nuechterlein, Magistrate Judge, issued his Report and Recommendation, recommending that the plaintiff's Motion for Default Judgment as to Lynn Berdt (docket entry #25), be DENIED; that the plaintiff's second Motion for Default Judgment (docket entry #47) be DENIED, and that the plaintiff's two Motions for Sanctions (docket entries #48 and #50) be DENIED.  This Report and Recommendation also informed the parties that, pursuant to 28 U.S.C. §636(b)(1), they had ten days after being served with a copy of the Report and Recommendation to file written objections with the Clerk of the Court, and that failure to object may constitute a waiver of objection on appeal.  See also N.D.Ind. L.R. 72(d)(2).

More than ten days have passed since the parties have been served with a copy of Magistrate Judge Nuechterlein's Report and Recommendation and no objections have been filed with the Clerk of the Court.  Consequently, this court hereby ADOPTS Magistrate Judge  Nuechterlein's Report and Recommendation.

The court now ORDERS that both of the plaintiff's Motions for Default Judgment (docket entries #25 and #47) are DENIED.  It is further ORDERED and that both of the plaintiff's Motions for Sanctions

(docket entries #48 and #50) are DENIED.

    Enter:   February 19, 2008.

        s/William C. Lee
        William C. Lee,  Judge
          United States District Court