UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| STEPHEN RANGE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO.  3:07-CV-480 WCL-CAN |
| | ) | |
| DEVIN BRUBAKER et al | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

On March 26, 2008 , in accordance with N.D. Ind. L.R. 72.1(d) and 28 U.S.C. § 636(b)(1)(B) (Federal Magistrate's Act), the Honorable Christopher A. Nuechterlein, Magistrate Judge, issued his Report and Recommendation, recommending that the Motion to Dismiss filed by Lynn Berndt and the Office of the Prosecuting Attorney (collectively "Berndt") (docket entry #61), be GRANTED as to the plaintiff's claims against Berndt in her official capacity and DENIED as to the plaintiff's claim against Berndt in her individual capacity.   This Report and Recommendation also informed the parties that, pursuant to 28 U.S.C. §636(b)(1), they had ten days after being served with a copy of the Report and Recommendation to file written objections with the Clerk of the Court, and that failure to object may constitute a waiver of objection on appeal.  See also N.D.Ind. L.R. 72(d)(2).

More than ten days have passed since the parties have been served with a copy of Magistrate Judge Nuechterlein's Report and Recommendation and no objections have been filed with the Clerk of the Court.  Consequently, this court hereby ADOPTS Magistrate Judge  Nuechterlein's Report and Recommendation.

The court now ORDERS that the Motion to Dismiss filed by  Lynn Berndt and the Office of the Prosecuting Attorney (collectively "Berndt") (docket entry #61), is GRANTED as to the plaintiff's claims

against Berndt in her official capacity and DENIED as to the plaintiff's claim against Berndt in her individual capacity.

Enter: April 21, 2008.

 s/William C. Lee
William C. Lee, Judge
United States District Court