# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

STEPHEN RANGE,      )
            )
    Plaintiff,    )
            )
v.          ) Cause No. 3:07 CV 480
            )
DEVIN BRUBAKER, et al.   )
            )
    Defendant   )

## OPINION AND ORDER

Before the court are thirteen (13) motions[1] filed by pro se Plaintiff, Stephen Range ("Range") on January 22, 2009. On January 21, 2009, the undersigned entered an Order striking Range's eight individual responses to the City Defendants' Motion for Summary Judgment as they were an attempt to sidestep prior Orders of this Court regarding page limitations for his responsive brief. Range has now re-packaged the prior responses, at least in partial form, in the present motions for sanctions and in the motion to strike. The motions contain factual and legal arguments suitable as responses to summary judgment and thus, these motions are clearly filed in an attempt to circumvent prior court orders. Therefore, all of the motions, Docket Entries 393 through and including 405, are DENIED as frivolous.

Entered: This 26th day of January, 2009.

s/ William C. Lee
United States District Court

---

[1]These include: Motion to Strike Defendants Exhibits [DE 393] and ten "Motions for Sanctions for Submitting Affidavits in Bad Faith" directed toward each of the City Defendants. [Docket Entries 394 through 403] and two generalized "Motions for Sanctions" [Docket Entries 404-405].