UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| STEPHEN RANGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:07 CV 480 |
| | ) |
| DEVIN BRUBAKER, et al. | ) |
| | ) |
| Defendant | ) |

## OPINION AND ORDER

On January 26, 2009, the undersigned entered an Order denying thirteen motions filed by pro se Plaintiff, Stephen Range. The majority of those motions were captioned "Motion for Sanctions" and were directed to individual defendants in this case. On the same day that the Order was entered on the docket but before the Plaintiff received notice of the Order, the Clerk received another "Motion for Sanctions" [DE 407] in the mail from the Plaintiff. For the reasons stated in this Court's Order of January 26, 2009, the Motion is DENIED.

SO ORDERED.

This 29th day of January, 2009.

s/ William C. Lee
United States District Court